IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIDGET SMITH**                                                                                               **PLAINTIFF**

v.                                         **CASE NO. 4:21-CV-00766-BSM**

**RIDGE AT NORTH**
**LITTLE ROCK LP,** *et al.*                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE